# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLON LAYNE, | ) |
| Plaintiff | ) ) ) C.A. NO. 1:21-CV-01196-GBW |
| v. | ) ) ) |
| UHS OF ROCKFORD, LLC d/b/a ROCKFORD CENTER, | ) ) ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiff, Marlon Layne, and Defendant, UHS of Rockford, LLC, d/b/a Rockford Center, through their undersigned counsel, that all claims set forth in this action be, and hereby are, dismissed with prejudice and each side responsible for their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Emily Biffen | /s/ Laurence V. Cronin |
| Michele D. Allen, Esquire (#4359) | Laurence V. Cronin (#2385) |
| Emily Biffen, Esquire (#6639) | SMITH, KATZENSTEIN & JENKINS LLP |
| 4250 Lancaster Pike, Suite 230 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19805 | Wilmington, DE 19899 (Courier 19801) |
| 302-234-8600 (t) | LVC@skjlaw.com |
| 302-397-3930 (f) | 302.652.8400 (t) |
| michele@allenlaborlaw.com | 302.642.8505 (f) |
| emily@allenlaborlaw.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |
| September 27, 2022 | September 27, 2022 |

**APPROVED BY THE COURT:**

_____     Date:_____
GREGORY B. WILLIAMS, U.S.D.J.